LILLIE KLENG, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

*Kleng* v. *City of Buffalo*, 72 Hun, 541, affirmed.
(Argued June 24, 1898; decided October 4, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the fifth judicial department, entered November 24, 1893, reversing a judgment in favor of plaintiff entered upon a verdict, and granting a new trial.

*Wallace Thayer* for appellant.

*C. V. Nellany* and *W. H. Cuddeback* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
All concur.